# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

Johnny Q. Stephens,

        Petitioner,

v.

Denese Wilson, *Warden*,

        Respondent.

Civil No. 14-0898 (MJD/HB)

**ORDER ON REPORT AND RECOMMENDATION**

The above-entitled matter came before the Court upon the Report and Recommendation of the United States Magistrate Judge. No objections have been filed to the Report and Recommendation in the time period permitted.

Based upon the Report and Recommendation of the Magistrate Judge, and all the files, records and proceedings herein,

**IT IS HEREBY ORDERED** that:

1. The Report and Recommendation is **ADOPTED**;

2. Petitioner's Petition for Writ of Habeas Corpus under 28 U.S.C. § 2241 (ECF No. 1) is **DENIED**; and

3. This action is **DISMISSED WITH PREJUDICE**.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: February 23, 2015

        s/Michael J. Davis
        MICHAEL J. DAVIS
        Chief United States District Judge